IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

SCOTT MILLER,

       Appellant,

  v.

DEPARTMENT OF HIGHWAY SAFETY
AND MOTOR VEHICLES,

       Appellee.

_____/

Case No. 5D23-124
LT Case No. 2020-AP-000060

Decision filed February 28, 2023

Appeal from the Circuit Court
for Duval County,
Meredith Charbula, Judge.

Susan Z. Cohen, of Epstein & Robbins,
Jacksonville, for Appellant.

Christie S. Utt, General Counsel and
Michael Lynch, Assistant General
Counsel, Orlando, for Appellee.

PER CURIAM.

    AFFIRMED.


LAMBERT, C.J., WALLIS and SOUD, JJ., concur.